UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
October 25, 2023
Nathan Ochsner, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| *versus* § § | Criminal No. 4:23–cr–00469 |
| John Gonzalez § | |

### ORDER OF DETENTION PENDING HEARING

A hearing in this case is scheduled as follows:

Detention Hearing
October 26, 2023 at 10:00 AM
by video

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: October 25, 2023

Dena Hanovice Palermo
United States Magistrate Judge